Howard G. Brown
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HOWARD BROWN, ) | |
|     Appellant, ) | |
| V. ) | Case No. 3:22-CV-00264-JWD-RLB |
| CITY OF CENTRAL, ) | |
| ET AL., ) | |
|     Appellees. ) | |

## NOTICE OF APPEAL

Notice is herby given that Howard Brown appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 73) entered in this action on March 7, 2023.

Signed this 8th day of March, 2023.

_____
Howard Brown, Pro Se
1344 Lakeridge Drive
Baton Rouge, LA 70802
504.756.1987

1 | Page



BATON ROUGE LA 707
9 MAR 2023 PM 2 L

General Post-office, Non domestic, zip exempt.

Michael L. McConnell – Clerk of Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801-1712

70801-171299

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]

SCREENED
OK
U.S. MARSHAL