**Howard Brown**
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

# UNITED STATES COURT OF APPEALS

## FIFTH CIRCUIT

No: 23-30146

*U.S. COURT OF APPEALS
RECEIVED
APR 12 2023
FIFTH CIRCUIT*

**HOWARD BROWN**
*Plaintiff – Appellant,*

-V.-

**CITY OF CENTRAL, ET AL,**
*Defendants - Appellees*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

CIVIL ACTION NO: 3:23-00264-JWD-RLB

### APPELLANT'S UNOPPOSED MOTION FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE PARTY

Appellant, Howard Brown, pro se party, moves this court for permission to file electronically in the matter captioned above. Appellee's counsel has been contacted regarding this motion; the motion is unopposed.

Appellant has reviewed the Fifth Circuit ECF Information page and understands the rules of e-filing. Appellant has registered with PACER and currently has a CM/ECF account. Appellant consents to electronic service at the email address registered to the Appellant's Fifth Circuit PACER account. Appellant understands that consent to e-service requires that service of filings via US Mail will be discontinued.

Appellant asks that this motion be granted, because appellant wishes to use the court's brief template and brief checker, which are available to parties granted e-filing prior to the issuance of the briefing notice.

Appellant understands if this motion is granted, that e-filing privilege only applies to this case while it is pending and that abuse of the e-filing privileges may result in revocation of the right to e-file.

For the above reasons, Appellant seeks permission to e-file I this matter.

Respectfully Submitted,

By: _____
Pro-Se Appellant
1344 Lakeridge Drive
Baton Rouge, LA 70802
504-756-1987

## CERTIFICATE OF COMPLIANCE

I, Howard Brown, undersigned, certify that:

1.  This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. 32(f), this document contains 381 words, as determined by Microsoft Office Word 2019 word processing software.

2.  This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in Century Schoolbook (14-point)

Dated: April 10, 2023

By: _/s/ Howard Brown_
Howard Brown, *Pro Se*

## CERTIFICATE OF SERVICE

I, Howard Brown, hereby certify that a copy of this motion was mailed to J. Scott Thomas, 6767 Perkins Road in Baton Rouge, Louisiana 70808 this 10th day of April, 2023.

By: _____
Howard Brown, *Pro Se*

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY PUBLIC, THIS 10TH DAY OF APRIL, 2023.

SAMANTHA L. BLOEMER
NOTARY PUBLIC
Notary ID #132940
State of Louisiana
My commission is for life.

BATON ROUGE LA 707

10 APR 2023 PM 1 L

General Post-office, Non domestic, zip exempt.

Lyle W. Cayce – Clerk Fifth Circuit
600 S. Maestri Place
Suite 115
New Orleans, LA 70130

70130-344040

H. Gary Brown
c/o 1344 Lakeridge Drive
Baton Rouge, Louisiana [70802]