# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30146   Brown v. City of Central
                    USDC No. 3:22-CV-264

The court has granted the motion for leave to file electronically as a pro se party in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Majella A. Sutton, Deputy Clerk
                    504-310-7680

Howard Gary Brown
Mr. John Scott Thomas