# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

<table>
<tr><td>

**LYLE W. CAYCE**
**CLERK**

</td><td>

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

</td></tr>
</table>

July 13, 2023

Mr. Howard Gary Brown
C/O 1344 Lakeridge Drive
Baton Rouge, LA 70802

        No. 23-30146    Brown v. City of Central
                        USDC No. 3:22-CV-264

Dear Mr. Brown,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

Attachments are not allowed to the briefs See **FED. R. APP. P.** 28(f).

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

cc:
    Mr. John Scott Thomas