# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 07, 2023

Mr. Howard Gary Brown
C/O 1344 Lakeridge Drive
Baton Rouge, LA 70802

Mr. John Scott Thomas
Hammonds, Sills, Adkins, Guice, Noah & Perkins, L.L.P.
2431 S. Acadian Thruway
Suite 600
Baton Rouge, LA 70808

          No. 23-30146    Brown v. City of Central
                          USDC No. 3:22-CV-264

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charles B. Whitney, Deputy Clerk
                              504-310-7679