No. 23-30146

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**HOWARD GARY BROWN,**

*Plaintiff-Appellant*

V.

**CITY OF CENTRAL, LA.; ROGER CORCORAN, CHIEF OF POLICE OF THE CITY OF CENTRAL, LA.; DARREN SIBLEY, FORMER DEPUTY CHIEF OF POLICE OF THE CITY OF CENTRAL, LA.; JOHN H. PORCHE AND NOAH MCKNEELY, OFFICERS OF THE CITY OF CENTRAL, LA.; DAVIS & SONS' FENDER FIXER, LLC; ET AL**

*Defendants-Appellees*

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**NOW COMES** counsel for the appellees, City of Central, Chief Roger Corcoran, Former Deputy Chief Darren Sibley, Officer John H. Porche, and Former Officer Noah McKneely, individually and in their official capacity, (collectively "Movers"), who respectfully submit that J. Scott Thomas has previously represented these defendants in the above-entitled and numbered matter; that J. Scott Thomas is no longer employed by the firm (now closed) which had been representing these defendants-appellees and he is now employed as counsel at a different law firm; that J. Scott Thomas now wishes to withdraw as counsel of record for these defendants, and furthermore, that these defendants desire that Mary G. Erlingson and James L. Hilburn (who both are admitted to practice before this Court) of Erlingson Banks PLLC be enrolled and substituted as counsel of record for these defendants. Plaintiff Howard Gary Brown has been contacted about this motion, and he stated he is opposed to the filing and granting of this motion. James L. Hilburn has given J. Scott Thomas the authority to submit this Motion to Withdraw and Substitute Counsel

with his electronic signature affixed thereto. Movers pray that this motion to withdraw and substitute be granted for the following reasons:

1. J. Scott Thomas has previously represented these defendants in the above-entitled and numbered matter; that J. Scott Thomas is no longer employed by the firm (now closed) which had been representing these defendants-appellees and he is now employed as counsel at a different law firm; that J. Scott Thomas now wishes to withdraw as counsel of record for these defendants, and furthermore that these defendants desire that Mary G. Erlingson and James L. Hilburn of Erlingson Banks PLLC be enrolled and substituted as counsel of record for these defendants.

2. In accordance with *5TH CIR. R. 27.4*, undersigned counsel James L. Hilburn has informed plaintiff-appellant Howard Gary Brown of the intended filing of this motion. Plaintiff-appellant Brown informed counsel that he opposes the motion.

3. James L. Hilburn has given J. Scott Thomas the authority to submit this Motion to Withdraw and Substitute Counsel with his electronic signature affixed thereto.

**WHEREFORE**, Movers/defendants-appellees, pray that this motion to withdraw and substitute be granted, and that J. Scott Thomas be withdrawn as counsel of record for these defendants-appellees, and furthermore, that Mary G. Erlingson and James L. Hilburn of Erlingson Banks PLLC be enrolled and substituted as counsel of record for these defendants-appellees.

**Respectfully Submitted,**

By:   */s/ J. Scott Thomas*
**J. SCOTT THOMAS,** Bar Roll # 22635
6767 Perkins Road
P.O. Box 4327 (70821)
Baton Rouge, Louisiana 70808
Telephone: (225) 344-5001
Facsimile: (225) 336-5277
Email: sthomas@lma.org

*Attorney for City of Central, Chief Roger Corcoran, Former Deputy Chief Darren Sibley, Officer John H. Porche, and Former Officer Noah McKneely*

-AND-

By: */s/ James L. Hilburn*
James L. Hilburn (#20221), T.A.
Mary G. Erlingson (#19562)
**ERLINGSON BANKS, PLLC**
One American Place
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876
Email: jhilburn@erlingsonbanks.com
   merlingson@erlingsonbanks.com
   notices@erlingsonbanks.com

## CERTIFICATE

I hereby certify that a copy of the foregoing Motion to Withdraw and Substitute Counsel was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to pro se plaintiff Howard Gary Brown via email to hgarybrown@gmail.com, and/or via U.S. Mail, properly addressed and postage prepaid, to his address of record: 1344 Lakeridge Drive, Baton Rouge, LA 70802.

Baton Rouge, Louisiana this 16th day of November 2023.

**/s/ J. Scott Thomas**