# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 27, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30146   Brown v. City of Central
                  USDC No. 3:22-CV-264

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shea E. Pertuit, Deputy Clerk
                        504-310-7666

P.S. to Mrs. Mary G. Erlingson and Mr. James Leslie Hilburn: Please file your appearance forms within 5 days.

Mr. Howard Gary Brown
Mrs. Mary G. Erlingson
Mr. James Leslie Hilburn