# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2024
Lyle W. Cayce
Clerk

No. 23-30146

_____

Howard Gary Brown,

*Plaintiff—Appellant*,

*versus*

City of Central, *a political division of the State of Louisiana*; Davis and Son's Fender Fixer, L.L.C.; Joey Doe, *Individually and in his official capacity as tow truck driver for Davis and Son's Fender Fixer*; Roger Lynn Corcoran, *Individually and in his official capacity as City of Central's Chief of Police*; Noah McKneeley, *Individually and in his official capacity as deputy of City of Central's Police Department*; Darren Sibley, *Individually and in his official capacity as Central's Deputy Police Chief*; John H. Porche, *Individually and in his official capacity as Deputy of Central's Police Department*; Alex Doe, *Individually*; John Doe #1, *Individually*; John Doe #2, *Individually*; John Doe #3, *Individually*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:22-CV-264

_____

Before Higginbotham, Smith, and Higginson, *Circuit Judges*.

No. 23-30146

# JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party to bear own costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Mar 05, 2024**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**